JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RHONDA BECK and STEPHANIE SINOPOLI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANC OF CALIFORNIA N.A. dba, BANC HOME LOANS, f/k/a FIRST PACIFIC TRUST BANK, FSB and PRIVATE BANK OF CALIFORNIA, and Does 1-10,<br><br>Defendants. | Case No.: SACV 16-01676-CJC (JCGx)<br><br>JUDGMENT |

//

Pursuant to the Order granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Expenses, and Lead Plaintiffs' Awards, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Order granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Expenses, and Lead Plaintiffs' Awards and the parties' Joint Stipulation of Class Action and FLSA Settlement and Release ("Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. As provided by the Order, all Class Members who were mailed notice of the settlement and did not timely opt out from the Settlement are hereafter barred from pursuing, or seeking to reopen, any of the Released Claims, as defined in the Settlement Agreement.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for the purposes of enforcing the terms of its Order, the Settlement Agreement, and this Judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: January 7, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE